**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

AF HOLDINGS LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 12-cv-1447

Judge: Hon. Patrick J. Schiltz

Magistrate Judge: Hon. Jeanne J. Graham

---

**PLAINTIFF'S NOTICE OF HEARING ON MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

PLEASE TAKE NOTICE that on July 6, 2012 at 11:00 AM the undersigned shall appear before the Honorable Magistrate Judge Jeanne J. Graham in Courtroom 3B at 316 N. Robert Street, St. Paul, MN 55101 and shall then and there present a Motion for Leave to Take Discovery Prior to Rule 26(f) Conference.

Respectfully submitted,

AF Holdings LLC

**DATED:** June 19, 2012

By:   s/ Michael K. Dugas
      Michael K. Dugas
      Bar No. 0392158
      Attorney for AF Holdings LLC
      Alpha Law Firm LLC
      900 IDS Center
      80 South 8th Street
      Minneapolis, MN 55402
      Telephone: (415) 325 – 5900
      mkdugas@wefightpiracy.com