

August 16, 2013

**VIA ELECTRONIC MAIL**
The Honorable Franklin L. Noel
United States District Court
U.S. Courthouse, Suite 9W
300 South Fourth Street
Minneapolis, MN 55415

      Re:    AF Holdings LLC ("AF Holdings" v. John Doe)
               12-1445, 12-1447and 12-1448

Dear Judge Noel:

      Pursuant to Your Honor's August 6, 2013 minute Orders in the above matters, we are notifying the Court that the Plaintiff failed to return the John Does' settlement funds.

      We are uncertain whether the Court intends to proceed *sua sponte* in requiring the Plaintiffs to show cause regarding the issues raised in Your Honor's June 20, 2013 Order, however we would note that the John Does in the above matters (who have not been served with process or otherwise filed an appearance in these cases) do not have the resources to fund an investigation of Plaintiff's possible Rule 11 violations.  Furthermore, these former clients have not retained the Thompson Hall law firm to file an appearance in these cases.

Respectfully submitted,

Mark C. Santi
Attorney at Law
For the Firm
(612) 466-0090
msanti@thompsonhall.com

MCS/aks

**CC:**    Michael Dugas, Esq. Alpha Law Firm, LLC via email
           Paul Hansmeier, Esq. via email