UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1447 (JNE/FLN) |
| Plaintiff, | |
| v. | |
| JOHN DOE, | Judge: Hon. Joan N. Ericksen |
| Defendant. | Magistrate Judge: Hon. Franklin L. Noel |

## PLAINTIFF'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

**PLEASE TAKE NOTICE** that Plaintiff AF Holdings LLC will move the Court for an order dismissing this case for lack of subject matter jurisdiction.

WHEREFORE, the Movant requests this Court enter an order immediately dismissing this case for lack of subject matter jurisdiction.

Respectfully submitted,

DATED: September 19, 2013

s/ Paul Hansmeier
Paul Hansmeier
Bar Number 387795
Attorney for Plaintiff
Class Justice PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org

1